AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN and FRAN MCDERMOTT
TRUSTEES OF THE SACRAMENTO
AREA ELECTRICAL WORKERS HEALTH
AND WELFARE TRUST FUND

**SUMMONS IN A CIVIL CASE**

V.

MARLON EUGENE HETTINGER,
individually and doing business as
HETTINGER ELECTRIC and
HETTINGER & STEPHENS ELECTRIC

CASE NUMBER: **C08 03273 JW HRL**

*E-FILING  ADR*

TO: MARLON EUGENE HETTINGER,
individually and doing business as
HETTINGER ELECTRIC and
HETTINGER & STEPHENS ELECTRIC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

JUL 0 8 2008
DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK