**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN, ET AL.,                          No. C 08-03273 JW

            Plaintiff(s),
                                                CLERK'S NOTICE CONTINUING CASE
    v.                                          MANAGEMENT CONFERENCE

MARLON EUGENE HETTINGER, ET AL.,

            Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware

previously noticed for January 19, 2008 at 10:00 AM, has been reset to **January 26, 2009 at 10:00**

**AM in** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.  The parties are to file a joint

case management conference statement by **January 16, 2009.**

Dated:  July 25, 2008

                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk


                                      by:  _____/s/_____
                                              Elizabeth Garcia
                                              Courtroom Deputy