AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 11 A 10: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND

**SUMMONS IN A CIVIL CASE**

V.

MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC

CASE NUMBER: C08 03273 JW HRL

TO: MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

DATE JUL 0 8 2008

(BY) DEPUTY CLERK Tiffany Salinas-Harwell

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

A.C. STEELMAN, ET AL.

Plaintiff,

MARLON EUGENE HETTINGER, ETC., ET AL.

Defendant.

CASE NUMBER: C08 03273 JW HRL

**DECLARATION OF SERVICE**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CRIMINAL AND CIVIL LAW AND MOTION / TRIAL / SETTLEMENT / CASE MANAGEMENT / DISMISSAL HEARING SCHEDULES; DISTRICT COURT GUIDELINES; GENERAL ORDER NO. 40; ECF REGISTRATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ELECTRONIC AVAILABILITY; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person served as follows:

Served : MARLON EUGENE HETTINGER, INDIVIDUALLY AND DOING BUSINESS AS HETTINGER ELECTRIC AND HETTINGER & STEPHENS ELECTRIC

By Serving : April Hettinger, Co-Occupant Of The Residence / Subject's Spouse

Address : ( Home )

3055 Ark Way
Cottonwood, Ca 96022

Date of Service : August 5, 2008

Time of Service : 9:10AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 5, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SHASTA
Number 123

Signature: _____
SHANNON MATAJCICH

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : A.C. STEELMAN, ET AL.
Defendant : MARLON EUGENE HETTINGER, ETC., ET AL.

Ref # 70889484         **DECLARATION OF MAILING**         Case No. C08 03273 JW HRL

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CRIMINAL AND CIVIL LAW AND MOTION / TRIAL / SETTLEMENT / CASE MANAGEMENT / DISMISSAL HEARING SCHEDULES; DISTRICT COURT GUIDELINES; GENERAL ORDER NO. 40; ECF REGISTRATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ELECTRONIC AVAILABILITY; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

MARLON EUGENE HETTINGER, INDIVIDUALLY AND DOING BUSINESS AS HETTINGER ELECTRIC
AND HETTINGER & STEPHENS ELECTRIC

( Home )
3055 Ark Way
Cottonwood, Ca 96022

Date of mailing: August 5, 2008


Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 5, 2008                        Signature: /s/ Robina Alves