United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.C. Steelman, et al., | NO. C 08-03273 JW |
|        Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Marlon Eugene Hettinger, | |
|        Defendant. | |

    The parties are scheduled to appear for a Case Management Conference on January 26, 2009. Plaintiffs filed a Case Management Statement on January 15, 2009. (Docket Item No. 9.) In light of the Entry of Default as to Defendant (Docket Item No. 7), Plaintiffs' pending Motion to Produce Documents for Audit (Docket Item No. 10), and Plaintiffs' anticipated Motion for Default Judgment, the Court finds good cause to VACATE the January 26, 2009 Case Management Conference at this time. To the extent necessary, the Court will set a new conference date in its Order addressing Plaintiffs' Motion to Produce.

Dated: January 21, 2009

JAMES WARE  
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Sue Campbell suecampbell@att.net

3

4  **Dated:  January 21, 2009**                              **Richard W. Wieking, Clerk**

5                                                                            **By:      /s/ JW Chambers**
                                                                                    **Elizabeth Garcia**
6                                                                                    **Courtroom Deputy**