RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN, et al., | Case No. CV-08-cv-03273 |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| MARLON HETTINGER, | |
| Defendant. | |

1  NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiffs
2  voluntarily dismiss the above-captioned action without prejudice. The Clerk is ordered to close this file.

Dated: April 29, 2011                              Respectfully submitted,

                                                   NEYHART, ANDERSON,
                                                   FLYNN & GROSBOLL

                                                   By:   /s/ Chloe Quail
                                                         Chloe Quail
                                                         Attorneys for Plaintiffs

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On April 29, 2011, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Marlon Hettinger
PO Box 1563
Cottonwood, CA 96022

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 29, 2011, at San Francisco, California.

       /s/ Chloe Quail
       Chloe Quail